RECEIVED

DEC 15 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | | |
|---|---|---|
| KEVIN JAMES DALCOURT | : | DOCKET NO. 15-cv-2476 |
| | | |
| VERSUS | : | JUDGE DOHERTY |
| | | |
| JEFF WINDHAM, WARDEN,<br>AND OFFICE OF 15th JDC DISTRICT<br>ATTORNEY | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Petition for Writ of *Habeas Corpus* be and hereby is **DENIED**, and that the above captioned matter be and hereby is **DISMISSED WITH PREJUDICE.**

THUS DONE this 15th day of December, 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE